ANNA BAUMGARTNER, Respondent, v. JOSEPH BAUMGARTNER, Appellant.— Motion to dismiss appeal granted, unless appellant perfects appeal files and serves record and brief, and is ready for argument at the term of this court commencing November 13, 1939, in which event the motion is denied. Stay continued pending determination of appeal. Permission to appeal on typewritten papers granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of CLARENCE EMPIE, Respondent, against ARTHUR COSSART, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for stay pending determination of appeal denied. Hill, P. J., Heffernan, Schenck and Foster, JJ., concur; Bliss, J., taking no part. [See ante, p. 1078.]

In the Matter of Supplementary Proceedings: HUNTER PRINTING COMPANY, INC., Judgment Creditor, v. ACE RESTAURANT, INC., Judgment Debtor.— Motion to dismiss appeal denied. Cross-motion that the notice of appeal be amended nunc pro tunc by striking therefrom, after the words " Please Take notice that " the words " the above named judgment debtor " and substituting therefor the word " undersigned," granted. Present — Hill, P. J., Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of THE CITY OF NEW YORK for an Order of Certiorari Directed to the WATER POWER AND CONTROL COMMISSION OF THE STATE OF NEW YORK. Re: Water Supply Application No. 1270.— Motion to dismiss appeal granted, unless appellant perfects appeal, files and serves record and brief, and is ready for argument at the term of this court commencing November 13, 1939, in which event the motion is denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW NOLAN, Relator, Appellant, v. WILLIAM E. SNYDER, as Acting Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion for permission to prosecute appeal as a poor person, on typewritten papers, granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

BENJAMIN WITBECK, Appellant, v. SAMUEL FRENCH, INC., and Others, Respondents, and HENRY STATON, Defendant.— Motion to extend appellant's time to perfect appeal denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.